**Julio UTRERA, Appellant,**

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, etc.,**
**Appellee.**

**No. 3D15–2763.**

District Court of Appeal of Florida, Third District.

Oct. 26, 2016.

Pomeranz & Associates, P.A. and Mark L. Pomeranz, Hallandale, for appellant.

Lapin & Leichtling, LLP and Jonathan R. Rosenn, for appellee.

Before SUAREZ, C.J., and LAGOA and SCALES, JJ.

PER CURIAM.

Affirmed. *Fed. Nat. Mortgage Ass'n v. Linares*, No. 3D14–2815, 202 So.3d 886, 888, 2016 WL 5118360, at *2 (Fla. 3d DCA Sept. 21, 2016); *Bank of N.Y. Mellon v. Nunez*, 180 So.3d 160, 163 (Fla. 3d DCA 2015); *Green Tree Servicing, LLC v. Milam*, 177 So.3d 7, 13 (Fla. 2d DCA 2015); *Allstate Floridian Ins. Co. v. Farmer*, 104 So.3d 1242, 1246 (Fla. 5th DCA 2012).